**Order filed April 4, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00321-CV

———————

**RALPH O. DOUGLAS, Appellant**

**V.**

**MARISA A. MOFFETT, ET AL, Appellee**

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 672671**

## ORDER

On February 28, 2013, this Court issued an order notifying appellant that the court would consider dismissal of this appeal unless appellant demonstrated that he has obtained an order from the local administrative judge permitting the filing of this appeal. *See* Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2012). Our order is withdrawn.